**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM N. RUIZ, | CASE NO. 5:13-cv-05704 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO REASSIGN CASE** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant(s). | |

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (see Docket Item Nos. 6, 11), the Clerk shall reassign it to an available magistrate judge according to the relevant portions of this District's assignment plan.

**IT IS SO ORDERED.**

Dated: January 29, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-05704 EJD
ORDER DIRECTING CLERK TO REASSIGN CASE